AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  3:20-mj-00078 |
| | ) |
| | ) |
| Edward Francis Jones | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 1, 2020 _____ in the county of _____ Umatilla _____ in the _____ District of _____ Oregon _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See affidavit, attached hereto

☑ Continued on the attached sheet.

_____
By phone
*Complainant's signature*

_____
Drew Hubel, SFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __11:43__ a.m./p.m.

Date:  04/07/2020

_____
*Judge's signature*

City and state:  Portland, Oregon

_____
Honorable Stacie F. Beckerman
*Printed name and title*

DISTRICT OF OREGON, ss:          AFFIDAVIT OF DREW HUBEL

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Drew Hubel, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Federal Officer (SFO) via Special Deputation (Title 21) with the Federal Bureau of Investigation and have been since March, 2017.  I am a Special Deputy U.S. Marshal via Special Deputation (Title 18) with the United States Marshals and have been since January, 2020.  My current assignment is on the Blue Mountain Enforcement of Narcotics Team (BENT) which includes conducting narcotics and weapons investigations, among other investigations into violations of federal law.  My training and experience includes over two thousand hours of training and over seven years of law enforcement experience.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Edward Francis Jones for Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).  As set forth below, there is probable cause to believe, and I do believe, that Edward Francis Jones committed the offense of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.  The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

/ / /

**Page 1 – Affidavit of Drew Hubel**                    **USAO Version Rev. April 2018**

**Applicable Law**

4.      18 U.S.C. § 922(g)(1) prohibits a person, who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported interstate or foreign commerce.

**Statement of Probable Cause**

5.      On April 1, 2020, at approximately 3:34 p.m., police officers with the Pendleton Police Department conducted a traffic stop on a green 1997 Honda Accord, bearing Oregon License Plate 644KMD, for expired vehicle registration, in the City of Pendleton, Umatilla County, Oregon.

6.      The officers contacted the driver of the vehicle, who was identified by his Oregon Identification Card as Edward Francis Jones.  The officers took Edward Francis Jones into custody on two outstanding felony arrest warrants, one of which was issued through the United States District Court of Oregon (Docket No. 3:19CR00350HZ).

7.      An officer advised Edward Francis Jones of his Miranda Rights.  Edward Francis Jones verbalized his understanding and expressed that did not have any questions.  When asked if he had any weapons on him, Edwards Francis Jones informed the officers he was in possession of a firearm tucked into the waistband of his pants.

8.      The officers lifted the front of his sweatshirt and observed the handle of a black and silver semi-automatic handgun sticking out from the front of his waistband directly under the button of his pants.  When asked why he had the firearm on him, he stated "I'm going to prison anyway."  The officers recovered the firearm, determined to be a .40 caliber Smith & Wesson

semi-automatic handgun (Serial No. PBV6488). The firearm contained one live round of .40 caliber ammunition in the chamber, in addition to a magazine containing five live rounds of .40 caliber ammunition.

9.      Smith & Wesson is a firearms manufacturer/distributor headquartered in Springfield, Massachusetts, with production facilities in Massachusetts, Maine, Connecticut and Missouri.

10.     Two additional firearms were recovered in the center console of the vehicle that Edward Francis Jones was driving: a black stainless Taurus .357 magnum 5-shot revolver, loaded with five rounds, and a black and silver Remington Arms .380 auto semi-automatic handgun, unloaded. Taurus firearms are headquartered and manufactured in Brazil, with the United States headquarters in Georgia. Remington Arms firearms are headquartered in North Carolina, with manufacturing sites in New York, Alabama, South Dakota and Arkansas.

11.     Records checks conducted on Edward Francis Jones establish that he is a convicted felon. The judgment ordered from Jefferson County (Oregon) Circuit Court shows Edward Francis Jones was convicted of Attempt to Commit a Class B felony, Assault in the First Degree, a Class C felony, in the Jefferson County (Oregon) Circuit Court on October 12, 2017, Case Number 17CR55225. The maximum term of imprisonment for that offense is five years. Edward Francis Jones was sentenced to a term of imprisonment with the Oregon Department of Corrections (DOC) for a period of 24 months.

## Conclusion

12.     Based on the foregoing, I have probable cause to believe, and I do believe, that Edward Francis Jones committed the offense of Felon in Possession of a Firearm in violation of

18 U.S.C. § 922(g)(1).  I therefore request that the Court issue a criminal complaint and arrest warrant for Edward Francis Jones.

13.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Sarah Barr and AUSA Sarah Barr advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

By phone
_____
DREW HUBEL
Special Deputy US Marshal, US Marshals

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 11:43 a.m/p.m. on April 7, 2020.

_____
HONORABLE STACIE F. BECKERMAN
U.S. MAGISTRATE JUDGE